IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 3:20-cv-00370

| | |
|---|---|
| LINDA GAIL THOMPSON, as Personal Representative of the Estate of JEROME THOMPSON, <br><br> Plaintiff, <br><br> CITY OF CHARLOTTE, OFFICER ADELAIDE KINSTLER in her Official and Individual capacity; OFFICER BRIAN E. KURCSAK in his Official and Individual capacity; OFFICER JOSEPH B. WILSON in his Official and Individual capacity; CHIEF JOHNNY JENNINGS in his Official as Chief of the Charlotte-Mecklenburg Police Department and Individual capacity; SHERIFF GARRY L. MCFADDEN in his Official and Individual capacity; DEPUTY LOUIS J. VENANT in his Official and Individual capacity; DEPUTY JOSEPH B. BREEDLOVE in his Official and Individual capacity; WELLPATH, LLC, EBONE DENISE ROBERTS in her individual capacity and as an agent of Wellpath, LLC; LAURA HOUSE in her individual capacity and as an agent of Wellpath, LLC; SAMANTHA ELLIOTT-MCLAREN in her individual capacity and as an agent of Wellpath, LLC; and "JOHN DOE" in his Official and Individual capacity; <br><br> Defendants. | **DEFENDANT EBONE ROBERTS'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

NOW COMES Defendant Ebone Roberts in a special appearance before the Court by and through undersigned counsel, and moves the Court, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, to dismiss with prejudice all counts against her in Plaintiff's Amended Complaint

through this Motion for Judgment on the Pleadings. Defendant Roberts incorporates by reference her Memorandum of Law filed contemporaneously with this Motion.

WHEREFORE, Defendant Roberts respectfully requests that the Court grant her Motion for Judgment on the Pleadings.

This the 7th day of June, 2021.

**TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

By: /s/ *Jennifer B. Milak*
Jennifer Milak
N.C. State Bar. No. 24418
jmilak@teaguecampbell.com
***Attorneys for Ebone Roberts***
P.O. Box 19207
Raleigh, North Carolina 27619-9207
Telephone: (919) 873-0166
Facsimile: (919) 873-1814

2

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served this **Defendant Ebone Roberts's Motion for Judgment on the Pleadings** in the above-entitled action upon all other parties to this cause by depositing a copy hereof, postage paid, in the United States mail addressed to said parties or by electronically filing using the CM/ECF system, which will send notification of such filing to the following:

Karonnie R. Truzy
David Ventura
Crumley Roberts, LLP
2400 Freeman Mill Road, Suite 200
Greensboro, NC 27406
krtruzy@crumleyroberts.com
djventura@crumleyroberts.com
*Attorneys for Plaintiff*

Sean F. Perrin
Womble Bond Dixon
301 S. College Street, Suite 3500
Charlotte, NC 28202
sean.perrin@wbd-us.com
*Attorney for Sheriff and Deputies*

Clarence Matheson, Jr.
Charlotte City Attorney's Office
600 E. Fourth Street
Charlotte, NC 28202
Clarence.Matheson@charlottenc.gov
*Attorney for City of Charlotte*

Stephanie H. Webster
Cranfill Sumner & Hartzog, LLP
Post Office Box 30787
Charlotte, NC 28230
swebster@cshlaw.com
*Attorney for Adelaide Kinstler, in her Individual capacity*

Daniel E. Peterson
Parker Poe Adams & Bernstein, LLP
620 South Tryon Street, Suite 800
Charlotte, NC 28202
danielpeterson@parkerpoe.com
*Attorney for Officer Brian Kurcsak*

This the 7th day of June, 2021.

                        **TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

                        BY: */s/ Jennifer Milak*
                                Jennifer B. Milak
                                ***Attorneys for Ebone Roberts***